# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Pothier et al

    Plaintiffs(s)

Case No.3-05-cv-238

vs.

**NOTICE OF REASSIGNMENT**

Bank of America, et al

    Defendant(s)

This is to advise you the above referenced matter has been reassigned to the Honorable Carl Horn III.

**Signed: May 31, 2005**

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court