**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF NORTH CAROLINA**
401 W. Trade St.
Charlotte, NC 28202

**Frank G. Johns**
*Clerk*

**Terry Leitner**
*Chief Deputy*

Telephone - (704) 350-7400
FAX -      (704) 344-6703

June 3, 2005

NOTICE OF CASE ASSIGNMENT

In re:

**3:05-cv-00238** Pothier et al v. Bank of America Corporation et al

USDC/Southern District of Illinois 3:04cv458

**Date filed:** 05/23/2005 **Date of last filing:** 05/31/2005

Counsel of Record:

Our office is in receipt of the above referenced civil action which
has been transferred to this district pursuant to an order of transfer
entered in the United States District Court for the District of South
Carolina.

The matter has been assigned case number: 3:05-cv-238

Enclosed you will find a case opening packet for informational
purposes.

                              Sincerely,

                              Betsy Wallace
                              Deputy Clerk

enc.

cc: Case File