```
             IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE WESTERN DISTRICT OF NORTH CAROLIN
                          CHARLOTTE DIVISION
                    CIVIL ACTION NO. 3:05CV238-H
```

**ANITA POTHIER, et al.,**                )
                                           )
**On behalf of herself and on**            )
**behalf of all others similarly**         )
**situated,**                              )
                                           )
       **Plaintiffs,**            )
                                           )    <u>**O R D E R**</u>
       **v.**                     )
                                           )
**BANK OF AMERICA CORP., et al.,**         )
                                           )
       **Defendants.**            )

_____

    **THIS MATTER** is before the Court on "Motion For Admission Pro Hac Vice" filed June 6, 2005 (document #112), on behalf of Eli Gottesdiener to appear as counsel for the Plaintiffs in this case. For the reasons set forth therein, the Motion will be **GRANTED.**

    The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

    **SO ORDERED.**

**Signed: June 7, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge