IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLIN
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV238-H

| | |
|---|---|
| ANITA POTHIER, et al., | ) |
| | ) |
| On behalf of herself and on | ) |
| behalf of all others similarly | ) |
| situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | )    O R D E R |
| v. | ) |
| | ) |
| BANK OF AMERICA CORP., et al., | ) |
| | ) |
| Defendants. | ) |

_____

**THIS MATTER** is before the Court on "Motion For Admission Pro Hac Vice" filed June 6, 2005 (document #112), on behalf of Eli Gottesdiener to appear as counsel for the Plaintiffs in this case. For the reasons set forth therein, the Motion will be **GRANTED.**

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

**Signed: June 7, 2005**

Carl Horn, III
United States Magistrate Judge