UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ANITA POTHIER, et al., )
)
      Plaintiff, )
)
vs. ) Case No. 3:05 CV 238
)
BANK OF AMERICA CORPORATION, )
et al. )
)
      Defendants. )
)

# DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR EACH NONGOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NONGOVERNMENTAL PARTIES AS WELL AS NONGOVERNMENTAL CORPORATE PARTIES. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

The Bank of America 401(k) Plan   who is a Defendant
    (Name of party.)           (Plaintiff/moving party or defendant

makes the following disclosure:

1.     Is party a publicly held corporation or other publicly held entity?

        ( ) Yes        ( x ) No

2.     Does party have any parent corporations?

        ( ) Yes        (x) No
    If yes, identify all parent corporations, including grandparent and great-grandparent

    corporations:_____

_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
   ( ) Yes          ( x ) No
   If yes, identify all such owners:

   _____

   _____

   _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation ?

   ( x ) Yes          ( ) No
   If yes, identify entity and nature of interest: Co-defendant Bank of America Corporation

   _____

   _____

This the 1st day of July, 2005.

*/s/ M Brenner*
Peter J. Covington
Irving M. Brenner
HELMS MULLISS & WICKER, PLLC
201 North Tryon Street (28202)
Post Office Box 31247
Charlotte, NC 28231
Telephone: 704.343.2000

*Attorneys for The Bank of America 401(k) Plan*

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation by mailing a copy thereof, postage prepaid, to the following:

F. Lane Williamson
GARLITZ & WILLIAMSON, PLLC
Suite 930 The Johnston Building
212 South Tryon Street
Charlotte, NC 28281
*Attorney for Plaintiffs*

Eli Gottesdiener
GOTTESDIENER LAW FIRM, PLLC
498 7th Street
Brooklyn, NY 11215
*Attorney for Plaintiffs*

Robert J. Kopecky
Lauren Casazza
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
*Attorneys for Defendant PricewaterhouseCoopers LLP*

This the 1st day of July, 2005.

Irving M. Brenner