IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLIN
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05cv238-H

| | |
|---|---|
| ANITA POTHIER, et al., | ) |
| | ) |
| On behalf of herself and on behalf | ) |
| of all others similarly situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )          O R D E R |
| | ) |
| BANK OF AMERICA CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |

_____

**THIS MATTER** is before the Court on "Motion For Pro Hac Vice Admission Of Robert J. Kopecky, Douglas C. Smith, Lauren O. Casazza And Jason W. Callen" filed July 1, 2005 (document #117) on behalf of Defendant PricewaterhouseCoopers LLP ("PwC"). For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

Signed: July 7, 2005

**Signed: July 7, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge 

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge