UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NUMBER ~~5:04CV91~~
3:05CV238

| | |
|---|---|
| ANITA POTHIER, *et al.*, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA CORPORATION, et al. )<br>)<br>Defendants. )<br>) | **ORDER** |

THIS MATTER is before the Court on the applications of Anne E. Rea, William F. Conlon, Erin E. Kelly and Jeffrey R. Tone for admission as counsel *pro hac vice* on behalf of certain Defendants in this action, filed July 1, 2005.

Upon review and consideration of the Motion and declarations filed in support thereof, the Court will grant the motion.

In allowing the applications, the Court notes that in accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Rea, Mr. Conlon, Ms. Kelly and Mr. Tone have each paid the admission fee of One Hundred Dollars ($100.00) to the United States District Court Clerk.

This the 8/12 day of July, 2005.

Carl Horn, III

C728523.1