IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv238

| | |
|---|---|
| ANITA POTHIER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BANK OF AMERICA CORPORATION, ) | |
| et al., ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon plaintiffs David McCorkle's and William Pender's Motion for Partial Summary Judgment on Counts I, II and IV of the Second Amended Complaint and the Bank of America defendants' "Expedited Motion of Bank of America Defendants to Stay Briefing and Resolution of Plaintiffs' Motion for Partial Summary Judgment on Counts I, II and IV of the Second Amended Complaint."

Inasmuch as it appears that motions remain pending from the transferor court and that a briefing schedule has yet not been entered in this district , the Bank of America defendants' Motion to Stay Briefing and Resolution will be granted and an initial pretrial conference will be calendared. Prior to such hearing, respective counsel shall meet with each other in an attempt to agree to a proposed pretrial order.

To facilitate that proposal, respective counsel are advised that Honorable Robert J. Conrad, Jr., United States District Judge, has informed the undersigned that he will apply the same principles to pretrial case management that Honorable Lacy H. Thornburg, United

1

States District Judge, applies in the Asheville Division. With that in mind, respective counsel should be prepared to reach trial within one year, as well as present class certification and dispositive motions in an orderly fashion. Counsel are advised that this court runs a trial docket where civil cases are not routinely continued, and that summary judgment motions filed before the conclusion (or, in this matter, the start) of discovery are routinely denied where an adequate showing is made under Rule 56(f), Federal Rules of Civil Procedure. See Evans v. Technologies Applications & Service Co., 80 F.3d 954 (4th Cir. 1996) ("summary judgment is appropriate only after "adequate time for discovery."") Finally, as local counsel for both sides of this action are aware, the practice in the Western District of North Carolina is collegial and professional and remains focused on the merits of the action rather than any disputes that may arise between opposing counsel.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Bank of America defendants' "Expedited Motion of Bank of America Defendants to Stay Briefing and Resolution of Plaintiffs' Motion for Partial Summary Judgment on Counts I, II and IV of the Second Amended Complaint" is **ALLOWED**, all briefing is stayed on all motions and issues, and an Initial Pretrial Conference is **CALENDARED** for August _____, 2005, at _____, in Asheville, North Carolina.

**Signed: August 11, 2005**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge