IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ANITA POTHIER, *et al.*, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL NO. 3:05cv238 |
| v ) | |
| ) | |
| BANK OF AMERICA CORPORATION, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**THIS MATTER** is before the court upon defendants' motion for admission *pro hac vice* of Priscilla E. Ryan of the law firm of Sidley Austin Brown & Wood, LLP to appear as additional counsel for certain defendants in this matter filed on August 18, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Priscilla E. Ryan is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: August 22, 2005**

/s/ Dennis L. Howell

Dennis L. Howell
United States Magistrate Judge