IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-238-MU

| | |
|---|---|
| WILLIAM L. PENDER, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) ORDER |
| BANK OF AMERICA CORP., et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before this Court on Defendants' Motion to Dismiss. The parties are ordered to appear for a hearing in Courtroom #3 on Wednesday, March 24, 2010, at 10:00 a.m.

Signed: February 9, 2010

Graham C. Mullen
United States District Judge