# United States District Court
## For The Western District of North Carolina
## Charlotte Division

William L. Pender, et al,

      Plaintiff(s),

vs.

Bank of America Corporation , et al,

      Defendant(s).

JUDGMENT IN A CIVIL CASE
**(as to Counts One and Three)**

3:05-cv-238

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order.

Signed: May 26, 2011

Frank G. Johns, Clerk
United States District Court