IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-238

| | |
|---|---|
| WILLIAM L. PENDER, *et al*, )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, et al, )<br>Defendants. ) | **ORDER** |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference in Courtroom #3 on **December 11, 2012, at 10:30 a.m.**

IT IS SO ORDERED.

Signed: November 14, 2012

Graham C. Mullen
United States District Judge