IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-238

| | |
|---|---|
| WILLIAM L. PENDER, *et al*, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BANK OF AMERICA, et al, ) | |
| Defendants. ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference in Courtroom #3 on **December 11, 2012, at 10:30 a.m.**

IT IS SO ORDERED.

Signed: November 14, 2012

Graham C. Mullen
United States District Judge