# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:05-CV-238-GCM

| | | |
|---|---|---|
| WILLIAM L. PENDER, *et al*, | ) | |
|                Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| BANK OF AMERICA CORP., *et al*, | ) | |
|                Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Steven J. Horowitz,** filed December 1, 2015 [doc. # 333].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Horowitz is admitted to appear before this court *pro hac vice* on behalf of Defendants.

**IT IS SO ORDERED.**

Signed: December 1, 2015

Graham C. Mullen
United States District Judge