# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:05-CV-238-GCM

| | | |
|---|---|---|
| WILLIAM L. PENDER, *et al*, | ) | |
|           Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| BANK OF AMERICA, *et al*, | ) | |
|           Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David F. Graham,** filed July 19, 2016 [doc. # 350].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Graham is admitted to appear before this court *pro hac vice* on behalf of Defendants, Bank of America, *et al.*

**IT IS SO ORDERED.**

Signed: July 19, 2016

Graham C. Mullen
United States District Judge