IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-cv-238-GCM

| WILLIAM PENDER, *et al*, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| BANK OF AMERICA CORP., *et al*, | ) | |
| Defendants. | ) | |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning **Steven D. Cohen** filed October 19, 2016 [Doc. #363].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the Motion.

In accordance with Local Rule 83.1, Mr. Cohen is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs, William L. Pender and David L. McCorkle.

**IT IS SO ORDERED.**

Signed: October 20, 2016

Graham C. Mullen
United States District Judge