## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:05-cv-238-GCM

| | | |
|---|---|---|
| WILLIAM PENDER, *et al,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| BANK OF AMERICA CORP., *et al,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning **Patrick E. Croke** filed October 20, 2016 [Doc. #367].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the Motion.

In accordance with Local Rule 83.1, Mr. Croke is admitted to appear before this court *pro hac vice* on behalf of Defendants.

**IT IS SO ORDERED.**

Signed: October 26, 2016

Graham C. Mullen
United States District Judge