# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:05 CV 00238-GCM

| | |
|---|---|
| WILLIAM L. PENDER, et al., | ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| BANK OF AMERICA CORP., et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court upon the Objections to Defendants' Trial Exhibits and Deposition Designations (Doc. 369) submitted by the Plaintiffs on October 21, 2016, the Defendants' Objections to Plaintiffs' October 11, 2016 Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures and Plaintiffs' October 23, 2016 Revised Exhibit List (Doc. 373) submitted by the Defendants on October 24, 2016, and Defendants' Objections and Cross-Designations to Plaintiffs' Cross Designations of the Deposition Testimony of David L. McCorkle (Doc. 376) submitted by the Defendants on November 1, 2016. These documents request that the court rule on certain evidentiary objections to trial exhibits.

**IT IS ORDERED** that:

1. Objections to Defendants' Trial Exhibits and Deposition Designations (Doc. 369) is **DENIED**, but if the evidence is proffered at trial the objection may be renewed.

2. Defendants' Objections to Plaintiffs' October 11, 2016 Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures and Plaintiffs' October 23, 2016 Revised Exhibit List (Doc. 373) is **DENIED**, but if the evidence is proffered at trial the objection may be renewed.

3. Defendants' Objections and Cross-Designations to Plaintiffs' Cross Designations of the Deposition Testimony of David L. McCorkle (Doc. 376) is **DENIED**, but if the evidence is proffered at trial the objection may be renewed.

Signed: November 2, 2016

Graham C. Mullen
United States District Judge